IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNNY PENA,

    Plaintiff,

vs.                                                                Case 2:20-cv-00829-KG/GJF

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

## STIPULATED ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Dismiss, the Court having reviewed the pleadings, and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Complaint filed herein and all remaining claims that were, or which could have been, asserted in this matter are hereby dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

_____
UNITED STATES DISTRICT JUDGE

RESPECTFULLY SUBMITTED,

GUEBERT GENTILE & PIAZZA P.C.


By   */s/ Elizabeth M. Piazza*
      Terry R. Guebert
      Elizabeth M. Piazza
      Clinton E. Dow
      P.O. Box 93880
      Albuquerque, NM 87199-3880
      (505) 823-2300
      tguebert@guebertlaw.com
      epiazza@guebertlaw.com
      cdow@guebertlaw.com
      *Attorneys for Defendant*


By   */s/ Email approval received 5/20/2021*
      Angel L. Saenz
      Angel Lomeli Saenz P.A.
      333 S. Campo Street
      Las Cruces, NM 88001
      (575) 526-3333
      saenzlaw@zianet.com
      *Attorney for Plaintiff*